JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KOHEN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation,<br><br>Defendants. | Case No.: 2:20-cv-08020 JFW-MAAx<br><br>ORDER TO DISMISS |

**Joint Stipulation to Dismiss with Prejudice**

Plaintiff Matthew Kohen and Defendant Clean Harbors Environmental Services. Inc., by and through their counsel of record, voluntarily stipulate that all aspects of the captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

It is therefore ordered that this case be dismissed in its entirety as to all parties and all causes of action, with prejudice.

IT IS SO ORDERED.

Dated: March 11, 2021

_____
John F. Walter
United States District Judge